NOT FOR PUBLICATION

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| **RAPHAEL M. ROSENBLATT,** individually and on behalf of those similarly situated, | : : : : : | |
| Plaintiff, | : : | Civil Action No. 16-1064 (ES) (SCM) |
| v. | : : | ORDER |
| **THE NUPLEXA GROUP, INC., et al.,** | : : | |
| Defendants. | : : | |

**SALAS, DISTRICT JUDGE**

This matter having come before the Court on Plaintiff Raphael M. Rosenblatt's ("Plaintiff") motion to remand this action to the Superior Court of New Jersey, Bergen County, (D.E. No. 3); and Defendants—the Nuplexa Group, Inc. and Dennis Black (collectively, "Defendants") having opposed Plaintiff's motion to remand, (D.E. No. 5); and, on May 27, 2016, the Honorable Steven C. Mannion, United States Magistrate Judge, having issued a Report and Recommendation (the "R & R") that the Undersigned grant Plaintiff's motion to remand and deny Plaintiff's request for certain costs, (D.E. No. 13); and, on June 3, 2016, Defendants having filed objections to the R & R, (D.E. No. 15); and the Court having considered the submissions of the parties, the R & R, and Defendants' objections to the R & R and having opted to rule without oral argument pursuant to Federal Rule of Civil Procedure 78; and as set forth in the accompanying Opinion,

IT IS on this 29th day of June 2016,

**ORDERED** that the R & R, (D.E. No. 13), is ADOPTED in relevant part; and it is

further

**ORDERED** that Plaintiff's motion to remand, (D.E. No. 3), is GRANTED; and it is further

**ORDERED** that insofar as Plaintiff's motion seeks an award of fees and costs incurred in connection with his motion, it is DENIED; and it is further

**ORDERED** that Defendants' motion for an extension of time, (D.E. No. 8), is DENIED as MOOT; and it is further

**ORDERED** that this matter is hereby REMANDED to the Superior Court of New Jersey, Bergen County, Law Division; and it is further

**ORDERED** that the Clerk of Court shall mark this case CLOSED.

*s/ Esther Salas*
**Esther Salas, U.S.D.J.**
